**Entered on Docket**
**February 16, 2010**

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**

---

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Deutsche Bank National Trust Company as Trustee for GSAA Home Equity Trust 2006-8, Asset Backed Certificates, Series 2006-8
09-77944

Relodge

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-54187-gwz |
| Justino Aguilar-Navarro | Date: 01/15/10<br>Time: 10:00 am |
| Debtor. | Chapter 7 |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay is granted in the above-entitled bankruptcy proceeding regarding the subject property, generally described as 1425 Red Cedar Avenue, Gardnerville, NV 89410.

DATED this _____ day of _____ 2010

Submitted by:

**WILDE & ASSOCIATES**

By:___/s/Gregory L. Wilde, Esq____
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107


APPROVED / DISAPPROVED

By:_____
C. Geoffry Wilson
10580 N. McCarran Blvd
Suite 115-332
Reno, NV 89503
Chapter 7 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_\_  The court waived the requirements of LR 9021.
\_\_\_\_\_  No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_\_  No parties appeared or filed written objections, and the trustee is the movant.
\_x\_  This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document
\_\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document

\_\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_\_\_\_\_ failed to respond to the document
\_\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_\_\_\_\_ failed to respond to the document

\_\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor